

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00499-CR

**IN RE** Nestor **HERNANDEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On July 17, 2014, relator filed a pro se petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 18th, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CR9543-W2, styled *The State of Texas v. Nestor Hernandez*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.